No. 88–5. MCCALL *v.* CHESAPEAKE & OHIO RAILWAY CO. C. A. 6th Cir. Motion of American Diabetes Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

880

JUSTICE BLACKMUN would grant certiorari.